LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

April 12, 2023

**BY ECF**
The Honorable John P. Cronan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Cabral et al., 22 Cr. 366 (JPC)

Dear Judge Cronan:

      I represent Philome Duverne in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on April 7, 2022. I write to inform the Court that I am unavailable to appear at today's status conference at 2:30 p.m. as a I have a bail hearing today in the matter of *People of Ryder Turnbull* before the Honorable Curtis Farber in New York County which is scheduled for 2:15 p.m. I have conferred with co-counsel and Jeremy Schneider, Esq., counsel for Ms. Burgos-Munoz. With the Court's permission, Mr. Schneider has agreed to stand in for me today and after consulting with Mr. Duverne, he consents. Additionally, I have provided Mr. Schneider with my availability in the event the Court intends to schedule a trial date and any motion schedule. Finally, I remain in plea discussions with the Government.

      Thank you for your consideration.

The request is granted. Mr. Schneider may stand in for Mr. Cecutti as counsel for Defendant Duverne for the purposes of the April 12, 2023 status conference. The Clerk of Court is respectfully directed to close Docket Number 38.

SO ORDERED.

April 12, 2023
New York, New York

Respectfully submitted,

/s/

Anthony Cecutti, Esq.

_____
JOHN P. CRONAN
United States District Judge